FILED
CLERK
10:08 am, Mar 07, 2022
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIRM MAMAN on behalf of himself and all others similarly situated, | |
| Plaintiff, | |
| v. | Civil Action No.: 21-cv-4863 (JMA) (SIL) |
| ASSETCARE, LLC ET AL | |
| Defendant. | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendant hereby jointly stipulate to the dismissal with prejudice of Plaintiff's claims with each side to bear its own fees and costs.

Dated: March 4, 2022

/s/ Adam J. Fishbein
_____
Adam J. Fishbein.
735 Central Avenue
Woodmere, NY 11598
Telephone No. (516) 668-6945
fishbeinadamj@gmail.com
Attorney for Plaintiff

/s/ Aaron R. Easley
_____
Aaron R. Easley.
Sessions Fishman Nathan & Israel, LLC
200 Route 31 North, Suite 203
Flemington, NJ  08822-5736
Telephone No.: (908) 751-5940
aeasley@sessions-law.biz
Attorneys for Defendant

 Case closed.

SO ORDERED:

   /s/ Joan M. Azrack   3/7/2022
_____
U.S.D.J.